FILED'08 FEB 19 16:23 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

KELLY RANDALL,

          **Plaintiff,**

    v.                                      Civil No. 07-6265-AA

CENTRAL CREDIT SERVICES, INC.,

          **Defendant.**

## ORDER OF DISMISSAL

Counsel having informed the court that this action has been settled,

This action is dismissed with prejudice, subject to either party reopening the case in the event of failure to consummate final settlement within sixty (60) days of the date of this order. Each party shall bear its own costs and fees.

Dated: February 19, 2008.

                              SHERYL S. McCONNELL, Clerk

                              by *[signature]*

                              Christine Weller, Deputy Clerk

**ORDER OF DISMISSAL**